# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

See Attached 07-194 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [see RCFC 83.1(c)] Alan I. Saltman

Firm Name: Saltman & Stevens, P.C.

Post Office Box:

Street Address: 1801 K Street, N.W., Suite M-110

City-State-Zip: Washington, D.C. 20006

Telephone & Telecopier Numbers: (202) 452-2140; (202) 775-8217 (Fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

Does the attorney of record have a Court of Federal Claims ECF Account? Yes

Nature of suit code: 1 1 8

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

This claim is brought under the Contract Disputes Act and the Tucker Act, and involves (1) a breach of contract by the government of contracts with irrigation districts in which the plaintiffs reside and own farmland supplied pursuant to those contracts and, in the alternative, (2) a claim for a Fifth Amendment taking.

Agency Identification Code: D O I

See attached Sheet for three digit code.

Amount Claimed: $ 10,025,446.57

(exclusive of interest costs and attorney's fees)

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement Required? Yes

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ ______

Is plaintiff a small business? ______

Vaccination Date: (Vaccine Cases Only) ______

Is this case directly related to any pending or previous case? Yes

If yes, you are required to file a separate notice of a directly related case(s). See RCFC 40.2

# UNITED STATES COURT OF FEDERAL CLAIMS

JOHN ANDERSON FARMS, INC.,
BUCKINGHAM FAMILY TRUST,
EILEEN BUCKINGHAM,
KEITH BUCKINGHAM,
SHELLY BUCKINGHAM,
CONSTANCE AND JOHN FRANK,
JEFF AND SANDRA HUNTER,
HILL LAND & CATTLE CO., INC.,
McVAY FARMS, INC.,
BARBARA McVAY,
MATTHEW K. McVAY,
MICHAEL McVAY,
RONALD McVAY,
SUZAN McVAY,
TATIANA V. McVAY,
HENRY AND PATRICIA O'KEEFFE,
SHASTA VIEW PRODUCE, INC., AND
EDWIN STASTNY, JR.,

Plaintiffs,

vs.

UNITED STATES,

Defendant.

07-194 C
COFC No. ____

## LIST OF PLAINTIFFS

1. John Anderson Farms, Inc.
2. Buckingham Family Trust
3. Eileen Buckingham
4. Keith Buckingham
5. Shelly Buckingham
6. Constance Frank
7. John Frank
8. Hill Land & Cattle Co., Inc.
9. Jeff Hunter
10. Sandra Hunter

11. McVay Farms, Inc.
12. Barbara McVay
13. Matthew K. McVay
14. Michael McVay
15. Ronald McVay
16. Suzan McVay
17. Tatiana V. McVay
18. Henry O'Keeffe
19. Patricia O'Keeffe
20. Shasta View Produce, Inc.
21. Edwin Stastny, Jr.

Respectfully submitted,

Alan Saltman
SALTMAN & STEVENS, P.C.
Suite M-110
1801 K Street, N.W.
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiffs

Dated: March 22, 2007