# UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 22 2007
U.S. COURT OF FEDERAL CLAIMS

JOHN ANDERSON FARMS, INC.,
BUCKINGHAM FAMILY TRUST,
EILEEN BUCKINGHAM,
KEITH BUCKINGHAM,
SHELLY BUCKINGHAM,
CONSTANCE AND JOHN FRANK,
JEFF AND SANDRA HUNTER,
HILL LAND & CATTLE CO., INC.,
McVAY FARMS, INC.,
BARBARA McVAY,
MATTHEW K. McVAY,
MICHAEL McVAY,
RONALD McVAY,
SUZAN McVAY,
TATIANA V. McVAY,
HENRY AND PATRICIA O'KEEFFE,
SHASTA VIEW PRODUCE, INC., AND
EDWIN STASTNY, JR.,

Plaintiffs,

vs.

UNITED STATES,

Defendant.

COFC No. 194 C

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

No corporate party to this claim has any parent corporation or publicly held corporation that owns 10% or more of its stock. The corporate plaintiffs in this claim are: John Anderson Farms, Inc., Hill Land & Cattle Co., Inc., and Shasta View Produce, Inc.

John Anderson Farms, Inc. is owned by John Anderson. Hill Land & Cattle Co., Inc. is owned by David D. Hill, Dr. Dale R. Hill, Laura Brant, William F. Hill and Dean F. Hill. McVay Farms, Inc. and Shasta View Produce, Inc. are owned by Ronald McVay, Barbara McVay, Michael McVay, Suzan McVay, Matthew K. McVay and Tatiana McVay.

Respectfully submitted,

Alan Saltman
SALTMAN & STEVENS, P.C.
Suite M-110
1801 K Street, N.W.
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiffs

Dated: March 22, 2007