# UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 22 2007
U.S. COURT OF FEDERAL CLAIMS

JOHN ANDERSON FARMS, INC.,
BUCKINGHAM FAMILY TRUST,
EILEEN BUCKINGHAM,
KEITH BUCKINGHAM,
SHELLY BUCKINGHAM,
CONSTANCE AND JOHN FRANK,
JEFF AND SANDRA HUNTER,
HILL LAND & CATTLE CO., INC.,
McVAY FARMS, INC.,
BARBARA McVAY,
MATTHEW K. McVAY,
MICHAEL McVAY,
RONALD McVAY,
SUZAN McVAY,
TATIANA V. McVAY,
HENRY AND PATRICIA O'KEEFFE,
SHASTA VIEW PRODUCE, INC., AND
EDWIN STASTNY, JR.,

Plaintiffs,

vs.

UNITED STATES,

Defendant.

COFC No. 07-194 C

## STATEMENT OF RELATED CASE PURSUANT TO RULE 40.2(a)

This case is directly related to the case *Klamath Irrigation District, et al., v. United States*, Court of Federal Claims No. 01-00591. The case is related because the same or substantially similar contracts are involved between the Bureau of Reclamation and the various irrigation districts in which plaintiffs reside and rely upon for irrigating their farmlands. As

*Klamath Irrigation* is now a closed case, there is no need for consolidation. Judge Allegra presided over *Klamath Irrigation*.

Respectfully submitted,

Alan Saltman
SALTMAN & STEVENS, P.C.
Suite M-110
1801 K Street, N.W.
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiffs

Dated: March 22, 2007