# In The United States Court of Federal Claims

No. 07-194C

(Filed: May 17, 2007)

JOHN ANDERSON FARMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this case on Wednesday, May 30, 2007, at 10:30 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge