# In The United States Court of Federal Claims

No. 07-194C

(Filed: June 15, 2007)

JOHN ANDERSON FARMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On May 30, 2007, this court ordered the Clerk to sever the claims of all plaintiffs in this action, and ordered plaintiffs to remit filing fees for the newly-created cases as appropriate. On June 14, 2007, the Clerk received a letter from plaintiffs' counsel asking the Clerk to join the plaintiffs into four groups, pursuant to RCFC 20(a), in the manner designated by plaintiffs' counsel. This letter also included a check sufficient to cover the filing fees of only four new cases.

Plaintiffs' letter to the Clerk is not an acceptable method to request joinder. On or before July 13, 2007, plaintiffs shall either file an appropriate motion for joinder, including their proposed grounds for joinder therein, or plaintiffs shall remit filing fees for all the cases created by the court's May 30, 2007, order as required by RCFC 77.1(c). The Clerk is hereby instructed to return this letter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge