# In The United States Court of Federal Claims

No. 07-194C

(Filed: July 17, 2007)

JOHN ANDERSON FARMS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On May 30, 2007, this court ordered the Clerk to sever the claims of all plaintiffs in this action, and ordered plaintiffs to remit filing fees for the newly-created cases as appropriate. On June 29, 2007, plaintiffs filed a motion for joinder, pursuant to RCFC 20(a), seeking to join plaintiffs in the manner designated by plaintiffs' counsel. On July 16, 2007, defendant filed its response, in which it stated it does not oppose plaintiffs' motion. Plaintiffs' motion is hereby **GRANTED**, and the Clerk is hereby ordered to join plaintiffs in the following groups:

1. John Anderson Farms, Inc.;

2. Buckingham Family Trust, Keith Buckingham, Shelly Buckingham, and Eileen Buckingham;

3. John Frank, Constance Frank, Sandra Hunter, Jeff Hunter, Hill Land & Cattle Co., Inc., Henry O'Keeffe, and Patricia O'Keeffe;

4. McVay Farms, Inc., Shasta View Produce, Inc., Ronald McVay, Barbara McVay, Michael McVay, Suzan McVay, Matthew K. McVay, and Tatiana McVay; and

5. Edwin Stastny, Jr.

Plaintiffs shall remit any additional filing fees, to the extent not previously paid, as required by RCFC 77.1(c).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge