# In The United States Court of Federal Claims

No. 07-194C

(Filed: August 2, 2007)

JOHN ANDERSON FARMS, INC., *et al*

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference was held in this case on Wednesday, May 30, 2007. Participating in the conference were Alan I. Saltman, on behalf of plaintiff, and Kirk T. Manhardt, on behalf of defendant. Pursuant to the discussions conducted therein:

1. All proceedings in this case and all cases consolidated under this caption shall be **STAYED** pending resolution of the appeal in *Klamath Irr. Dist. v. United States*, No. 01-591L; and

2. The parties shall file a joint status report indicating how this case and all cases consolidated under this caption should proceed within 30 days of final action in *Klamath*.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge