# In The United States Court of Federal Claims

No. 07-194C

(Filed: August 8, 2008)

JOHN ANDERSON FARMS, INC., *et al*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 2, 2007, this case and all cases consolidated under this caption were stayed pending the resolution of the appeal in *Klamath Irr. Dist. v. United States*, No. 01-591L. On July 16, 2008, the Federal Circuit certified questions of Oregon state law to the Oregon Supreme Court. Accordingly, on or before September 8, 2008, the parties shall file a joint status report indicated the impact, if any, this order has on this case and all consolidated cases under this caption.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge