# In The United States Court of Federal Claims

No. 07-194C

(Filed:  May 17, 2011)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

                    Plaintiffs,

      v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**

_____

On April 11, 2011, the Federal Circuit issued a mandate in *Klamath Irr. Dist. v. United States*, No. 01-591L.  This court's August 2, 2007, order directed the parties to file a joint status report thirty days after the mandate issued in *Klamath*.  Accordingly, on or before May 31, 2011, the parties shall file a joint status report indicating how these consolidated cases shall proceed.

**IT IS SO ORDERED.**

                                s/ Francis M. Allegra
                                Francis M. Allegra
                                Judge