# In The United States Court of Federal Claims

No. 07-194C

(Filed:  June 2, 2011)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

                Plaintiffs,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On May 31, 2011, the parties filed a joint status report in which they requested that the court stay further proceedings in this case pending action in *Klamath Irrigation District, et al. v. United States*, No. 01-591.  In lieu of staying this case, on or before August 1, 2011, the parties shall file a joint status report, with a proposed schedule, if appropriate, indicating how this case should proceed.

    **IT IS SO ORDERED.**


                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge