# In The United States Court of Federal Claims

No. 07-194C

(Filed:  August 11, 2011)
_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

                Plaintiffs,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

     A telephonic status conference will be held in this case on Friday, August 19, 2011, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge