# In The United States Court of Federal Claims

No. 07-194C

(Filed: August 25, 2011)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On August 19, 2011, a telephonic status conference was held in this case. Participating in the status conference were Alan I. Saltman, for plaintiffs, and David Allen Harrington, for defendant. After careful consideration of discussions during the status conference:

1.     The court hereby restores this case to the active docket; and

2.     On or before October 24, 2011, defendant shall file its response to plaintiffs' complaint.

**IT IS SO ORDERED.**

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge