# In The United States Court of Federal Claims

No. 07-194C

(Filed:  January 24, 2012)
_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

                              Plaintiffs,

        v.

THE UNITED STATES,

                              Defendant.


_____

**ORDER**
_____

On October 24, 2011, defendant filed a motion to dismiss Count I of plaintiffs' amended complaint on the grounds that plaintiffs lack standing to pursue a claim under the Contract Disputes Act, 41 U.S.C. § 609.  On December 30, 2011, plaintiffs informed the court that they do not oppose this motion to dismiss for lack of jurisdiction.  Accordingly, Count I of plaintiffs' amended complaint is hereby dismissed.

    **IT IS SO ORDERED.**


                                        s/ Francis M. Allegra_____
                                        Francis M. Allegra
                                        Judge