# In The United States Court of Federal Claims

No. 07-194C

(Filed: January 25, 2012)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

                              Plaintiffs,

                    v.

THE UNITED STATES,

                              Defendant.

_____

**ORDER**

_____

      On or before February 1, 2012, defendant shall file its response to plaintiffs' amended complaint.

      **IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge