# In The United States Court of Federal Claims

No. 07-194C

(Filed: February 10, 2012)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

                        Plaintiffs,

                v.

THE UNITED STATES,

                        Defendant.

_____

### ORDER
_____

On February 9, 2012, defendant filed an unopposed motion for an out-of-time enlargement to file its response to plaintiffs' amended complaint. However, the filing failed to comply with the requirements for such motions set out in paragraph 3(a) of the Special Procedures Order in this case, issued on May 15, 2007. Accordingly, defendant's motion is hereby **DENIED**. Any further such motion, to be granted, must comply with the Special Procedures Order.

      **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge