# In The United States Court of Federal Claims

No. 07-194C

(Filed: February 13, 2012)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

                Plaintiffs,

       v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On February 10, 2012, defendant filed a motion for reconsideration of the court's order of February 10, 2012. Based upon the clarifications therein, defendant's motion is hereby **GRANTED**. Accordingly, on or before February 14, 2012, defendant shall file its response to plaintiffs' amended complaint.

    **IT IS SO ORDERED.**

                                                   s/ Francis M. Allegra
                                                   Francis M. Allegra
                                                   Judge