# In The United States Court of Federal Claims

No. 07-194C

(Filed: April 18, 2012)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

                             Plaintiffs,

                       v.

THE UNITED STATES,

                             Defendant.

_____

**ORDER**

_____

      Filing of the joint preliminary status report for this case is **STAYED** pending the briefing and resolution of plaintiff's motion to consolidate.

      **IT IS SO ORDERED.**


                                                  s/ Francis M. Allegra
                                                 Francis M. Allegra
                                                 Judge