# In The United States Court of Federal Claims

No. 07-194C

(Filed:  June 25, 2012)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    A preliminary status conference will be held in this case on Tuesday, July 3, 2012, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the conference.

    **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge