# In The United States Court of Federal Claims

No. 07-194C

(Filed: July 3, 2012)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

               Plaintiffs,

v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

Today, a preliminary status conference was held in this case. Participating in the conference were Alan I. Saltman, for plaintiff, and David A. Harrington, for defendant. Based on discussions during the conference, it was agreed that on or before August 10, 2012, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge