# In The United States Court of Federal Claims

No. 07-194C

(Filed: July 3, 2013)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

          Plaintiffs,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Thursday, July 11, 2013, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

          s/ Francis M. Allegra
          Francis M. Allegra
          Judge