# In The United States Court of Federal Claims

No. 07-194C

(Filed: July 11, 2013)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      Today, a telephonic status conference was held in this case. Participating in the conference were Alan I. Saltman, for plaintiffs, and David A. Harrington, for defendant. Pursuant to discussions during the conference, plaintiffs' responses to defendant's first set of interrogatories, and to defendant's first set of requests for production of documents, is due on or before August 30, 2013.

      **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge