# In The United States Court of Federal Claims

No. 07-194C

(Filed: October 29, 2013)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

                Plaintiffs,

           v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On October 28, 2013, defendant filed a motion for an enlargement of the period for fact discovery.  The motion is hereby **GRANTED**, in part.  Accordingly,

    1.    On or before January 2, 2014, the parties shall conclude fact discovery; and

    2.    On or before January 16, 2014, the parties shall file a joint status report proposing a schedule for further proceedings.

**No further enlargements of this deadline will be granted**.

**IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge