# In The United States Court of Federal Claims

No. 07-194C

(Filed: November 8, 2013)

_____

JOHN ANDERSON FARMS, INC.,
*et al.*,

          Plaintiffs,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On November 7, 2013, the parties filed a joint motion for reconsideration of the court's October 29, 2013, order granting, in part, defendant's unopposed motion for enlargement of the period for fact discovery. The motion is hereby **GRANTED**. Accordingly,

1. On or before March 14, 2014, the parties shall conclude fact discovery; and

2. On or before March 28, 2014, the parties shall file a joint status report proposing a schedule for further proceedings.

**IT IS SO ORDERED**.

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge